

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| MESA D CORP, | § | No. 08-24-00316-CV |
| Appellant, | § | Appeal from the |
| v. | § | 346th Judicial District Court |
| FULFILLSOURCE, LLC   d/b/a CREWBACK, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2023DCV2634) |

## **MEMORANDUM OPINION**

This appeal is before the Court on its own motion to determine whether it should be dismissed. *See* Tex. R. App. P. 42.3.

Appellant did not pay the required filing fee upon filing its notice of appeal. On August 16, 2024, the Clerk of this Court sent Appellant a letter requesting payment of the same. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless a party is excused by statute or by appellate rule from paying costs). The letter notified Appellant that the appeal would be subject to dismissal on or after September 5, 2024, if Appellant failed to pay the filing fee or failed to show an excuse for nonpayment. *See* Tex. R. App. P. 42.3(c) (authorizing an appellate court to dismiss

an appeal where an appellant fails to comply with a notice from the clerk requiring a response or other action within a specified time).

As of this date, Appellant has neither paid the filing fee nor shown an excuse for nonpayment. Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 5, 42.3(c).

LISA J. SOTO, Justice

September 13, 2024

Before Alley, C.J., Palafox and Soto, JJ.